UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ERICA HENRY, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Case No. 11-1293 (RJL) |
| | ) | |
| FRIENDSHIP EDISON P.C.S., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons set forth in the Memorandum Opinion entered this 21st day of July, 2012, it is hereby

**ORDERED** that defendant's Cross Motion for Summary Judgment [Dkt. # 11] is **GRANTED**; and it is further

**ORDERED** that the plaintiffs' Motion for Summary Judgment [Dkt. # 10] is **DENIED**; and it is further

**ORDERED** that final judgment be entered for the defendant.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge

1